### Abstract of the Decision.

JUDGMENTS, § 84*—*when amendment not allowable.* The amendment of a judgment three days after its entry so as to make it run in favor of "Hugo Oppenheim and Bernard Strauss, a Co-partnership, trading as Oppenheim & Strauss" instead of being in favor of "Oppenheim & Strauss, a corporation" is not an amendment for a defect or imperfection in matter of form and is, therefore, not authorized by the Statute of Amendments and Jeofails (J. & A. ¶ 301).

---

### Antanas Rimkus for use of Eva Zauninte, Appellee, v. A. Olszewski, trading as A. Olszewski Bank, Appellant.

### Gen. No. 20,619.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. DAVID T. SMILEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed May 11, 1915. Rehearing granted and opinion filed June 4, 1915.

### Statement of the Case.

Action by Antanas Rimkus, for the use of Eva Zauninte, plaintiff, against A. Olszewski, trading as A. Olszewski Bank, defendant, to recover the amount of a savings account deposited by plaintiff with defendant.

The evidence showed that the account was assigned verbally by plaintiff to Eva Zauninte for a valuable consideration and that the passbook showing the account was delivered to her by him.

From a judgment for plaintiff entered on the verdict of the jury, defendant appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ANTHONY A. SLAKIS, for appellant; WILLIAM SCHWEMM, of counsel.

CHARLES C. BODENSTAB, for appellee.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

BANKS AND BANKING, § 200*—*when parol transfer sufficient to pass title to savings account.* A parol transfer of a savings account, accompanied by delivery of the pass book and for a valuable consideration, of which the banker has notice, is sufficient to transfer title to the transferee.

---

### Florence A. Pangburn, Administratrix, Appellee, v. Knickerbocker Ice Company, Appellant.

#### Gen. No. 20,900.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed June 10, 1915. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by Florence A. Pangburn, administratrix of the estate of John Franklin Pangburn, deceased, plaintiff, against Knickerbocker Ice Company, a corporation, and Levi & Company, defendants, to recover for the wrongful death of plaintiff's intestate. The action was dismissed as to defendant Levi & Company and there was a verdict and judgment for plaintiff against defendant ice company, for $8,000, from which defendant appeals. .

⸰See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.